JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUNSHAN CAPACI TRADING COMPANY, a Chinese Limited Liability Company,<br><br>                    Plaintiff,<br><br>          v.<br><br>RADII FOOTWEAR INCORPORATED, a California corporation, and DOES 1 THROUGH 10, INCLUSIVE,,<br><br>                 Defendant. | **Case No.** 8:16-cv-2236-JLS-DFMx<br><br><br><br>**JUDGMENT** |

1

On July 27, 2017, the Court issued an order granting summary judgment in favor of Plaintiff Kunshan Capaci Trading Company and against Defendant Radii Footwear, Inc. (Order, Doc. 44.) The Court hereby finds and orders as follows:

1. That Plaintiff recover the sum of $314,439.31 from Defendant Radii;

2. That Plaintiff recover its prejudgment interest from Defendant Radii, at the California statutory rate of 10 percent per annum, or $86.14 per day, from the date this action was filed, December 22, 2016, to the date Judgment is entered, August 1, 2017; and

3. That Plaintiff recover its costs.

**IT IS SO ORDERED.**

Dated: August 1, 2017

_____
Hon. Josephine L. Staton
United States District Judge